# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY J. GUNN, No. 40829-424, | ) |
| Petitioner | ) |
| v. | ) Case No. 3:23-cv-00627-JPG |
| EMMERICH, Warden, | ) |
| Respondent. | ) |

## JUDGMENT IN A CIVIL CASE

This matter having come before the Court, and the Court having rendered a decision;

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is dismissed with prejudice.

**DATED:  February 27, 2024**

MONICA A. STUMP, Clerk of Court

By:  *s/Tina Gray,*
  Deputy Clerk


**APPROVED:**  *s/J. Phil Gilbert*
  J. PHIL GILBERT
  U.S. DISTRICT JUDGE